# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 AUG 29 P 2:41

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Timothy Ryan Grve

v.

(Full name of defendant(s))

SARGENTO Foods Inc

Case Number:

**18-C-1335**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __522 Susan Street Combined Locks, WI 54113__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __SARGENTO Foods INC.__
   (Name)

   is (if a person or private corporation) a citizen of __Wisconsin__

and (if a person) resides at ___1 Persnickety Place Plymouth, WI 53073___
(State, if known) (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Sargento Foods Inc 1 Persnickety Place Plymouth WI 53073___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was fired on 4-19-18 after presenting Sargento Human Resource a letter discripting the harassment and threats that have occured. At the same time I requested to file a grievance against four coworkers that were throwing and hitting me w/ boxes as I tryied to work. Management refused to allow me to file. They later set me up to take a fitness of duty exam. I followed all the guidlines requested and still was fired.

I was fired because of the sexual harassment/discriminnation, religion, Physical abuse, discrimination.

bullying + other harassments. This was out of retaliation of speaking up and sticking up for myself.

Violation of Title VII of the Civil Rights Act of 1964, as amended, including S704(a).

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking justice! Sargento protrays an image that it is one of the best places to work. In my experience, it is the most hostile environment I ever encountered. The company sweeps under the carpet the actions of employees who bully or harass or a persecuted person. They get rid of persecuted people, instead of resolving the issue. In other words, they reward bad behavior!

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES   ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this __29TH__ day of __August__ 20__18__.

   Respectfully Submitted,

   _Timothy R Grove_
   Signature of Plaintiff

   _920-904-2893_
   Plaintiff's Telephone Number

   _TimGrove @ Hotmail.com_
   Plaintiff's Email Address

   _522 Susan Street Combined Locks, WI_

   _54113_
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.